```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


DAYS INNS WORLDWIDE, INC.,      :
A DELAWARE CORPORATION          :
           (Plaintiff)          :
       V.                       :         Civil 09-1009 (WHW)
                                :              ORDER
5 STAR, INC., AN IDAHO          :
CORPORATION, et al              :
           (Defendant)          :
                                :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an Stipulation and Order from the plaintiff,

It is on this 19th day of August 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.


                                          S/ William H. Walls
                                          _____
                                          WILLIAM H. WALLS
                                          United States District Judge